Matthew D. Francis, SBN: 6978
mfrancis@bhfs.com
Steven A. Caloiaro, SBN: 12344
scaloiaro@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

*Attorneys for Plaintiff William B. Kilmer*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM B. KILMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCADATEC, INC., a Nevada corporation, ARORA ENGINEERING, INC., a Nevada corporation,<br><br>Defendants. | CASE NO.: 3:16-cv-00238-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED and agreed by and between Plaintiff William B. Kilmer ("Plaintiff") through his counsel of record, and Defendants Scadatec, Inc. and Arora Engineering, Inc. (collectively, "Defendants"), through their counsel of record, that the above-captioned matter be dismissed with prejudice, and that each party bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this 1st day of December, 2016.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KALICKI COLLIER, LLP |
| By: */s/ Steven A. Caloiaro*<br>   Matthew D. Francis, SBN: 6978<br>   mfrancis@bhfs.com<br>   Steven A. Caloiaro, SBN: 12344<br>   scaloiaro@bhfs.com<br>   5371 Kietzke Lane<br>   Reno, NV 89511<br>*Attorneys for Plaintiff* | By: */s/ John A. Collier*<br>   John A. Collier, SBN: 4570<br>   jac@kalickicollier.com<br>   401 Ryland Street, Suite 200<br>   Reno, NV 89502<br><br>*Attorneys for Defendants* |

1

1  IT IS SO ORDERED.            DATED:  December 1, 2016

3  _William G. Cobb_____
   UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to *FRCP 5(b)*, I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and on this 1st day of December, 2016, I served the document entitled STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE on the parties listed below via the following:

John A. Collier, Esq.
Kalicki Collier, LLP
401 Ryland Street, Suite 200
Reno, NV  89502
Fax:  (775) 852-2642
Email:  jac@kalickicollier.com
*Attorneys for Defendants*

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service.  The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for over-night delivery to the foregoing parties.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Nancy R. Lindsley*
Employee of Brownstein Hyatt Farber Schreck, LLP

018919\0001\15274847.1